No. 44. SKINNER ET AL. *v.* LOUISIANA. Sup. Ct. La. [Certiorari granted, 391 U. S. 963.] Motion of petitioners for leave to proceed further herein *in forma pauperis* granted. *G. Wray Gill, Sr.,* on the motion.

No. 74. STILES *v.* UNITED STATES. C. A. 1st Cir. [Certiorari granted, 391 U. S. 903.] Motion of petitioner for appointment of counsel granted. It is ordered that *Charles J. Rogers, Jr., Esquire,* of Providence, Rhode Island, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 81. BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* MCELROY ET AL.; and
No. 128. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* MCELROY ET AL. C. A. 7th Cir. ' The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 191. SNELL ET AL. *v.* WYMAN, COMMISSIONER OF DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 163. YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY *v.* HARRIS ET AL. Appeal from D. C. C. D. Cal. The Attorney General of California is invited to file a brief in this case expressing the views of the State of California.

No. 198. SMITH *v.* HOOEY, JUDGE. Sup. Ct. Tex. [Certiorari granted, 392 U. S. 925.] Motion of petitioner for appointment of counsel granted. It is ordered that *Charles Alan Wright, Esquire,* of Austin, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.